IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel.<br>**DENNIS TAYLOR**,<br><br>               Petitioner,<br><br>     v.<br><br>**TARRY WILLIAMS**, Custodian, Warden,<br><br>               Respondent. | Case No. 15 C 4969 |

## MEMORANDUM ORDER

On August 3 this Court issued its brief memorandum order that explained the need to review the then-anticipated response from the Attorney General's Office as to the one open question on the potential limitations issue that might stand in the way of the pro se habeas Petition brought by state prisoner Dennis Taylor ("Taylor"). But the ink was scarcely dry on that memorandum order (an anachronistic metaphor in this electronics-dominated era) when this Court received another thoughtful filing from the Assistant Attorney General assigned to the case -- a filing that included a documentary showing that Taylor's pro se Petition for Leave To Appeal filed with the Illinois Supreme Court on February 7, 2012 had clearly extended the tolling period under 28 U.S.C. § 2244(d)(2).[1] That being so, it followed that Taylor was not vulnerable under the Section 2244(d)(1) limitation period when he filed his Petition before this Court.

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

Accordingly the Attorney General's Office is ordered to file an answer to Taylor's Petition complying with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts on or before September 30, 2015. In addition, because Taylor has had a Motion for Attorney Representation that had been hanging fire while the complex issue of limitations was being explored, this Court grants that motion (Dkt. No. 4) and, in accordance with the practice regularly employed in this District in such Section 2254 cases, appoints the Federal Defender Program to provide Taylor with legal representation by designating one of its staff attorneys or a member of its attorney panel to act as his pro bono counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 4, 2015